UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

          -against-                              **ORDER**
                                                  12CR 405   (RPP)

Robert Kwok,
                    Defendant.

The above named defendant appeared before the Court today and was arraigned. After the arraignment, the defendant entered a plea of guilty and bail was set as follows: no bond needs to be posted, the defendant is to surrender his passport and make no new applications and travel is restricted to the state of California, the Southern District of New York and the Eastern District of New York.

                                                    **SO ORDERED.**

                                                    Honorable Robert P. Patterson, Jr.
                                                    United States District Judge

Date: May 21, 2012
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/12